DENNIS M. BROWN, Bar No. 126575
dmbrown@littler.com
NEDA N. DAL CIELO, Bar No. 161982
ndalcielo@littler.com
ANNE SWEENEY JORDAN, Bar No. 273589
ajordan@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Fax No.:       408.288.5686

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

CARY KLETTER, Bar No. 210230
ckletter@kletterlaw.com
SALLY TRUNG NGUYEN, Bar No. 267275
snguyen@kletterlaw.com
KLETTER LAW FIRM LLP
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone:    415.434.3400

Attorneys for Plaintiff
JEANNETTE RODRIGUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SEARS, ROEBUCK AND CO.; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No.  2:14-cv-02553-TLN-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR FINAL AND BINDING ARBITRATION** |

IT IS HEREBY STIPULATED by and between Plaintiff Jeannette Rodriguez and Defendant Sears, Roebuck and Co. (collectively, the "Parties"), through their attorneys of record:

WHEREAS, the Complaint in this matter was filed on September 30, 2014, in the Superior Court of the County of San Joaquin, Case No. 39-2014-00316668-CU-OE-STK, alleging claims of (1) California Labor Code Retaliation; (2) Failure to Pay Minimum Overtime Wages; (3) Failure to Provide Meal and Rest Breaks; (4) Waiting Time Penalties; (5) Failure to Provide Accurate Wage Statements; (6) Disability Discrimination in Violation of the California Fair Employment and Housing Act (FEHA); (7) Failure to Accommodate; (8) Failure to Engage in the Interactive Process; (9) FEHA Retaliation; (10) the California Family Rights Act (CFRA) Interference; (11) CFRA Retaliation; (12) Wrongful Termination in Violation of Public Policy; and (13) Defamation; (14) Unfair Business Practice in violation of Business And Professions Code §17200; (15) Penalties pursuant to the Private Attorney General Act (PAGA); (16) Failure to Produce Records; and (17) Negligent Training (the "Claims");

WHEREAS, on October 31, 2014, Defendant Sears, Roebuck and Co. removed this matter to the U.S. District Court for the Eastern District of California, Case No. 2:14-cv-02553;

WHEREAS, the Parties now agree to submit the Claims, as set forth in Case No. 2:14-cv-02553, to final and binding individual arbitration through Judicial Arbitration and Mediation Services (JAMS); and

WHEREAS, the Parties agree that the JAMS arbitrator shall have the authority to adjudicate Plaintiff's individual claim for penalties under PAGA

**IT IS HEREBY STIPULATED AND AGREED:**

1. The Claims set forth in Case No. 2:14-cv-02553 shall be submitted to final and binding arbitration in accordance with the terms of the Arbitration Policy/Agreement and "JAMS Employment Arbitration Rules & Procedures effective July 15, 2009";

2. All matters in Case No. 2:14-cv-02553 shall be stayed in this Court pending arbitration;

1        3.      This Court will retain jurisdiction for the sole purpose of entering the final judgment on the arbitration proceedings, as necessary; and

         4.      The Parties agreed that Plaintiff's Complaint pending in the USDC EDCA shall constitute Plaintiff's written demand for arbitration to JAMS pursuant to "JAMS Employment Arbitration Rules & Procedures effective July 15, 2009," shall be deemed to have been submitted to Defendant as of November 26, 2014, and Defendant will timely respond thereto.

Dated: December 4, 2014

*/s/ Dennis M. Brown*
DENNIS M. BROWN
NEDA N. DAL CIELO
ANNE SWEENEY JORDAN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

Dated: December 4, 2014

*/s/ Cary Kletter*
CARY KLETTER
SALLY TRUNG NGUYEN
KLETTER LAW FIRM LLP
Attorneys for Plaintiff
JEANNETTE RODRIGUEZ

**ORDER**

**IT IS SO ORDERED.**

Date:_____

_____
HON. TROY L. NUNLEY
U.S. DISTRICT COURT JUDGE