1  CARY KLETTER, Bar No. 210230
   ckletter@kletterlaw.com
2  SALLY TRUNG NGUYEN, Bar No. 267275
   snguyen@kletterlaw.com
3  KLETTER + NGUYEN LAW LLP
   1900 S. Norfolk Street, Suite 350
4  San Mateo, CA 94403
   Telephone:    415.434.3400
5
   Attorneys for Plaintiff
6  JEANNETTE RODRIGUEZ

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | JEANNETTE RODRIGUEZ,           | Case No. 2:14-cv-02553-TLN-DB |
11 |            Plaintiff,          | **REQUEST AND ORDER FOR DISMISSAL WITH PREJUDICE** |
12 |     v.                         |  |
13 | SEARS, ROEBUCK AND CO.; and DOES 1-20, inclusive, |  |
14 |                                |  |
15 |            Defendants.         |  |

16     Plaintiff Jeannette Rodriguez ("Plaintiff"), by and through her undersigned counsel,
17 respectfully requests this Court dismiss all claims asserted in the above-captioned action pursuant to
18 the Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(2).  Such dismissal shall be with
19 prejudice, with each of the parties is to bear its/her own attorney's fees and costs.
20

21 Dated: August 5, 2016                          KLETTER + NGUYEN LAW LLP
22

23                                               By:      /s/ Sally Trung Nguyen
                                                    Cary Kletter
24                                                  Sally Trung Nguyen
                                                    Attorneys for PLAINTIFF
25                                                  MIRIAM ANDRADE

26 //
27 //
   //
28

REQUEST AND ORDER FOR DISMISSAL WITH PREJUDICE

**ORDER**

Based upon Plaintiff's request for dismissal, IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to FRCP 41(a)(2), the above-captioned action is dismissed with prejudice;

2. Each of the parties is to bear its/her own costs attorney's fees and costs; and

3. The Court retains jurisdiction over the parties to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 8, 2016

Troy L. Nunley
United States District Judge